## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Fred C. Holland, | Civ. No. 14-2441 (MJD/BRT) |
| Plaintiff, | |
| v. | |
| U.S. Department of Veterans Affairs, | **ORDER** |
| Defendant. | |

Fred C. Holland, 8874 Arona Avenue, Lexington, MN 55014, *pro se* Plaintiff.

Craig R. Baune, Esq., United States Attorney's Office, counsel for Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated May 11, 2015.  No objections have been filed to that Report and Recommendation in the time period permitted.  Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Defendant U.S. Department of Veterans Affairs' Motion to Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(1) (Doc. No. 13) is **GRANTED**; and

2. Plaintiff's Complaint (Doc. No. 1) is **DISMISSED** for lack of subject-matter jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: May 28, 2015                                        s/Michael J. Davis
                                                          MICHAEL J. DAVIS
                                                          Chief Judge, United States District Court